United States Court of Appeals
Fifth Circuit

**F I L E D**

August 21, 2007

Charles R. Fulbruge III
Clerk

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 05-40369
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JOSE LUIS DELGADO-ELIZONDO

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:94-CR-162-1

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Luis Delgado-Elizondo (Delgado) has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Delgado has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.